

# MANDATE
## The Fourteenth Court of Appeals
NO. 14-14-00260-CV

Williams M. Walls, Appellant
v.
Harris County, Harris County Department of Education, the Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Hospital District, City of Houston, Houston Independent School District and Houston Community College System, and Linebarger Goggan Blair & Sampson, LLP, Appellees

Appealed from the 80th District Court of Harris County. (Tr. Ct. No. 2009-20004A). Memorandum Opinion delivered by Justice Donovan. Justices Christopher and Wise also participating.

**TO THE 80th DISTRICT COURT OF HAMILTON COUNTY, GREETINGS:**

Before our Court of Appeals on June 23, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appelleeS, Harris County, Harris County Department of Education, the Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Hospital District, City of Houston, Houston Independent School District and Houston Community College System, and Linebarger Goggan Blair & Sampson, LLP, signed December 20, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Williams M. Walls to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, September 24, 2015.

**CHRISTOPHER A. PRINE, CLERK**

